UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARTIN GERARDO PLACENCIA-INZUNZA,

v.  Case No. 8:02-cr-159-T-24EAJ
      8:05-cv-480-T-24EAJ

UNITED STATES OF AMERICA.

_____

O R D E R

The Court denied Defendant's motion to vacate, set aside, or correct an allegedly illegal sentence pursuant to 28 U.S.C. § 2255.  Defendant filed a Notice of Appeal and a motion for leave to proceed on appeal in forma pauperis. Pursuant to Edwards v. United States, 114 F.3d 1083 (11th Cir. 1997), the Court construes the Notice of Appeal as a request for a certificate of appealability.

To merit a certificate of appealability, Defendant must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issues he seeks to raise.  See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 475 (2000).[1]  Defendant has failed to meet this standard.  Therefore, Defendant has failed to satisfy the Slack test. See also, Franklin v. Hightower, 215 F.3d 1196 (11th Cir. 2000).

Accordingly, the Court orders:

1. That Defendant's construed request for a certificate of appealability (Doc. No. 16)

---

[1] Miller-El v. Cockrell, 123 S.Ct. 1029 (2003) does not change the Slack standard.  See Ziegler v. Crosby, 345 F.3d 1300, 1303 n.4 (11th Cir. 2003).

is denied.

      2. That Defendant's motion for leave to proceed on appeal in forma pauperis (Doc. No. 15) is denied.

      ORDERED at Tampa, Florida, on August 2, 2005.

SUSAN C. BUCKLEW
United States District Judge

Counsel of Record

Martin Gerardo Placencia-Inzunza, Pro se